IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carlos Richardson,

    Petitioner(s),

vs.

Case Number: 1:16cv877

Judge Susan J. Dlott

Warden, London Correctional Institution,

    Respondent(s).

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on November 1, 2016 (Doc. 6), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 18, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED for lack of prosecution.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court